DARRYL J. HOROWITT #100898
dhorowitt@ch-law.com
KEITH M. WHITE #188536
kwhite@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
1880 Century Park East, Ste. 404
Los Angeles, CA 90067
Telephone: (310) 286-0233
Facsimile: (310) 203-3870

Attorneys for Plaintiffs,
ROBERT E. CHRISTOFFERSON and
SANDRA W. CHRISTOFFERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON and SANDRA W. CHRISTOFFERSON,<br><br>Plaintiff (s),<br><br>v.<br><br>ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., a California Corporation, dba AMERICA'S SWIMMING POOL CO.; ALL PURE POOL & SPA, INC., JACK CARTER and SUSIE CARTER, AS TRUSTEES OF THE CARTER FAMILY TRUST; PHIL AZVALA; JULIE ZAVALA; and DOES 1 TO 100, inclusive<br><br>Defendants. | Case No. 1:18-CV-01370-AWI-SAB<br><br>**ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE** |

    WHEREAS on November 15, 2018, Defendant ALL PURE POOL & SPA, INC. was served with the Complaint (Doc. # 5-1) and its answer is currently due on December 6, 2018;

    WHEREAS on November 15, 2018, Defendant ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., a California Corporation, dba AMERICA'S SWIMMING POOL CO., was served with the Complaint (Doc. # 5-2) and its answer is currently due on December 6, 2018;

| | |
|---|---|
| 1 | WHEREAS on November 16, 2018, Defendant JACK CARTER AS |
| 2 | TRUSTEE OF THE CARTER FAMILY TRUST was personally served with the |
| 3 | Complaint (Doc # 6-1) and his answer is currently due on December 7, 2018; |
| 4 | WHEREAS on November 16, 2018, Defendant SUSIE CARTER AS |
| 5 | TRUSTEE OF THE CARTER FAMILY TRUST was sub-served with the |
| 6 | Complaint (Doc. # 7-1) and her answer is currently due on December 11, 2018; |
| 7 | WHEREAS on November 28, 2018, Defendant PHIL ZAVALA was |
| 8 | served with the Complaint (Doc # TBD) and his answer is presently due on |
| 9 | December 19, 2018; |
| 10 | WHEREAS on November 28, 2018, Defendant JULIE ZAVALA was |
| 11 | served with the Complaint (Doc # TBD) and her answer is currently due on |
| 12 | December 19, 2018; |
| 13 | WHEREAS the Initial Scheduling Conference is currently set for |
| 14 | December 11, 2018, at 9:30 a.m. in Department 9; |
| 15 | WHEREAS Counsel for Plaintiffs ROBERT E. CHRISTOFFERSON AND |
| 16 | SANDRA W. CHRISTOFFERSON have requested by way of this submission |
| 17 | that the Initial Scheduling Conference be continued for 60 days, the Court |
| 18 | ORDERS as follows: |
| 19 | The Initial Scheduling Conference currently set for December 11, 2018 at |
| 20 | 9:30 a.m. in Courtroom 9 be continued to February 26, 2019 at 2:30 p.m. in |
| 21 | Courtroom 9.  The parties are to file their Joint Scheduling Report no later than |
| 22 | seven days prior to the conference. |

IT IS SO ORDERED.

Dated:  **November 30, 2018**

_____
UNITED STATES MAGISTRATE JUDGE