# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-01370-AWI-SAB <br><br> ORDER REQUIRING PLAINTIFF TO ADVISE COURT OF STATUS OF ACTION <br><br> FIVE-DAY DEADLINE |

Plaintiffs Robert Christofferson and Sandra Christofferson filed this action on October 4, 2018. (ECF No. 1.) On October 5, 2018, the scheduling order issued setting the mandatory scheduling conference in this action for December 11, 2018. (ECF No. 4.) On November 26, 2018, and November 28, 2018, summonses for All Pure Pool & Spa, Inc., Jack Carter, and Susie Carter were returned executed. (ECF Nos. 5-7.) On November 30, 2018, Plaintiffs filed a proposed order requesting that the scheduling conference be continued as the responsive pleadings in this action were to be filed between December 6, 2018, and December 19, 2018. (ECF No. 8.) On November 30, 2018, an order issued continuing the scheduling conference to February 26, 2019. (ECF No. 9.) On December 31, 2018, summonses were returned executed for Phil Zavala and Julie Zavala. (ECF Nos. 10, 11.)

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due twenty-one days after service of the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). More than twenty-one days have passed since the defendants have been served in this action and no responsive pleading, stipulation to extend time for defendants to respond to the complaint, nor request for entry of default have been filed.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiffs shall either file a request for entry of default or notice regarding the status of this action.

IT IS SO ORDERED.

Dated: __**January 23, 2019**__  
　　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE