# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., | Case No. 1:18-cv-01370-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING DISPOSITIVE DOCUMENTS TO BE FILED WITHIN SIXTY DAYS |
| v. | |
| ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., | (ECF No. 13) |
| Defendants. | |

Plaintiffs Robert Christofferson and Sandra Christofferson filed this action on October 4, 2018. (ECF No. 1.) On January 23, 2019, Plaintiffs were ordered to file a notice of status of this action. (ECF No. 12.) On January 24, 2019, Plaintiffs filed a notice informing the Court that the matter has conditionally settled.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiffs shall file dispositional documents within sixty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **January 26, 2019**

UNITED STATES MAGISTRATE JUDGE

1