# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., | Case No. 1:18-cv-01370-AWI-SAB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., | DEADLINE: APRIL 29, 2019 |
| Defendants. | |

Plaintiffs Robert Christofferson and Sandra Christofferson filed this action on October 4, 2018. (ECF No. 1.) On January 24, 2019, Plaintiffs filed a notice of settlement and an order issued requiring dispositive documents to be filed within sixty days of January 28, 2019. (ECF Nos. 13, 14.) On March 21, 2019, Plaintiffs filed a request for additional time to file dispositive documents. (ECF No. 15.) In their request, Plaintiffs state that an settlement agreement has been forwarded to Defendants; and, on March 21, 2019, Plaintiffs informed Defendants that they had to either accept the terms of the settlement agreement or file a response in this action no later than March 25, 2019. (Id.) Plaintiff's request a thirty (30) day extension of time to either file dispositive documents or a request for entry of default if Defendants do not either accept the settlement agreement or file a timely answer. (Id.)

///

Based on the foregoing, IT IS HEREBY ORDERED that:

1. If there is no agreement to settle this action, Defendants' SHALL FILE a responsive pleading on or before **March 25, 2019**;

2. Plaintiffs' request for an extension of time to file dispositive documents is GRANTED;

3. On or before **April 29, 2019**, Plaintiffs' shall file either:

   a. File dispositive documents if this action has settled; or

   b. If there has been no settlement and no responsive pleading is filed, a request for entry of default;

4. Plaintiffs SHALL SERVE a copy of this order on Defendants within **two (2) days** of the date of entry of this order; and

5. The parties are advised that failure to comply with this order will result in the issuance of sanctions, up to and including termination of this action.

IT IS SO ORDERED.

Dated: **March 22, 2019**

UNITED STATES MAGISTRATE JUDGE