# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., | Case No. 1:18-cv-01370-AWI-SAB |
| Plaintiffs, | ORDER SETTING MANDATORY SCHEDULING CONFERENCE |
| v. | (ECF No. 30) |
| ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., | |
| Defendants. | |

On May 7, 2019, Plaintiffs filed a first amended complaint. (ECF No. 30.) Given the filing, the Court shall now schedule a mandatory scheduling conference in this matter. The Court directs the parties to the Court's order issued on October 5, 2018 (ECF No. 4), which describes the Court's procedures and rules governing this action and the scheduling conference.

Accordingly, the mandatory scheduling conference is HEREBY SCHEDULED for **July 11, 2019, at 10:30 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**May 8, 2019**__

UNITED STATES MAGISTRATE JUDGE