# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-01370-AWI-SAB<br><br>ORDER VACATING ALL DATES AND REQUIRING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT WITHIN SIXTY DAYS |

Plaintiffs Robert Christofferson and Sandra Christofferson filed this action on October 4, 2018. (ECF No. 1.) On April 3, 2019, default was entered against all defendants in this action. (ECF No. 22.) On May 7, 2019, to cure jurisdictional defects in the complaint, Plaintiffs filed a first amended complaint at the order of the Court. (ECF No. 30.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D.Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, the plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir. 1991) (internal punctuation and citations omitted).

Having been no activity in in this action, other than that related to the amendment of the complaint, since the entry of default, the Court shall order Plaintiffs to file a motion for default

judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates in this action are VACATED;
2. Within **sixty (60) days** from the date of service of this order, Plaintiffs shall file a motion for default judgment; and
3. Failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**June 25, 2019**__

UNITED STATES MAGISTRATE JUDGE

2