# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-01370-AWI-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO FILE DOCUMENTATION OF ATTORNEY'S FEES AND COSTS IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT <br><br> DEADLINE: AUGUST 28, 2019 |

On August 2, 2019, Plaintiffs filed an application for default judgment with a request for attorney's fees. (ECF Nos. 33, 34, 35, 36, 37, 38.) Counsel's declaration describes the qualifications of the attorneys that provided services, but only provides a general description of the types of services provided and does not specify the amount of hours each attorney expended on the matter. (Decl. of Darryl J. Horowitt, ECF No. 35.) The declaration specifies that if requested by the Court, counsel "will provide a redacted itemization of the invoices, submitted under seal, of the hours spent working on this case and the money charged for that time, showing details related to the legal tasks my partners and I completed in prosecuting this case as well [as] the significant time we spent in attempting to resolve this matter prior to filing lawsuit." (Id. at ¶ 42.)

The Court is unable to conduct an analysis of the reasonableness of any attorney's fee recovery without a description of the total number of hours expended by each individual attorney

and information on the amount of time spent on specific tasks. Additionally, no records supporting the request for other costs incurred in this matter was submitted by Plaintiffs.

Accordingly, IT IS HEREBY ORDERED that, on or before August 28, 2019, Plaintiffs shall file an itemized breakdown of the hours expended by each attorney assigned to this matter, and documentation supporting the other costs sought in this matter.

IT IS SO ORDERED.

Dated: **August 23, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

2