# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-01370-AWI-SAB <br><br> ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT TO SEPTEMBER 11, 2019 AT 10:00 A.M. AND EXTENDING DEADLINE TO FILE SUPPLEMENTAL BRIEFING <br><br> (ECF No. 42) |

On August 2, 2019, Plaintiffs filed a motion for default judgment, and the Court set the matter for hearing on September 4, 2019 at 10:00 a.m. (ECF No. 33, 39.) On August 23, 2019, the Court ordered Plaintiffs to file supplemental briefing on or before August 28, 2019. (ECF Nos. 40, 41.) On August 23, 2019, Plaintiffs submitted a request to continue the hearing date and extend the deadline to submit the supplemental briefing. (ECF No. 42.) The Court finds good cause to continue the hearing and extend the deadline for filing of the supplemental briefing.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' motion for default judgment (ECF Nos. 33, 39), shall be continued until September 11, 2019, at 10:00 a.m. in Courtroom 9; and
2. Plaintiffs' supplemental briefing currently due on or before August 28, 2019 (ECF Nos. 40, 41), shall now be due on or before September 4, 2019.

IT IS SO ORDERED.

Dated: __**August 23, 2019**__

UNITED STATES MAGISTRATE JUDGE