# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al.,<br><br>  Defendants. | Case No. 1:18-cv-01370-AWI-SAB<br><br>ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT AND REQUIRING PLAINTIFFS TO FILE JOINT STATUS REPORT PRIOR TO HEARING<br><br>NEW HEARING DATE: OCTOBER 16, 2019 AT 10:00 A.M. |

On September 11, 2019, the Court held a hearing on Plaintiffs' motion for default judgment. Counsel Keith White appeared on behalf of Plaintiffs. No Defendants made an appearance at the hearing. In response to the Court's questions at the hearing, Plaintiffs requested a continuance of the hearing.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion for default judgment (ECF No. 33), is continued until October 16, 2019, at 10:00 a.m. Additionally, Plaintiffs shall file a status report along with any necessary supplemental briefing on or before October 2, 2019. Plaintiffs shall also serve a copy of this order within (2) days of entry and serve the joint report and any supplemental briefing on Plaintiffs within two (2) days of filing.

IT IS SO ORDERED.

Dated: __**September 11, 2019**__

UNITED STATES MAGISTRATE JUDGE

1