# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., | Case No. 1:18-cv-01370-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT |
| v. | |
| ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., | SIXTY DAY DEADLINE |
| Defendants. | |

Robert E. Christofferson and Sandra W. Christofferson ("Plaintiffs") filed this action against All Pure Pool Service of Central California, Inc., All Pure Pool & Spa, Inc., Jack Carter , Susie Carter, Julie Zavala, and Phil Zavala ("Defendants") on October 4, 2018. (ECF No. 1.) On April 3, 2019, Plaintiffs filed a request for entry of default and default was entered as to Defendants All Pure Pool Service of Central California, Inc., All Pure Pool & Spa, Inc., Jack Carter , Susie Carter, Julie Zavala, and Phil Zavala. (ECF Nos. 18, 22.) On August 2, 2019, Plaintiffs filed a motion for default judgment. (ECF Nos. 35, 36.) Following an order requiring the parties to file supplemental briefing and a hearing on Plaintiffs' motion, Plaintiffs withdrew the motion for default judgment. (ECF Nos. 40, 41, 52, 57.) In the order addressing the withdrawal of the motion for default judgment, Plaintiffs were granted leave to file a second amended complaint. (ECF No. 57.)

Plaintiffs filed a second amended complaint and proofs of service were returned on December 19, 2019. (ECF Nos. 59, 62-71.) On March 4, 2020, Plaintiffs filed a request for entry of default and default has been entered against all defendants in the action. (ECF Nos. 72-

79.)

Accordingly, IT IS HEREBY ORDERED that, within **sixty (60) days** of entry of this order, Plaintiffs shall file a motion for default judgment.

IT IS SO ORDERED.

Dated: __**March 5, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE