# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON, et al., | Case No. 1:18-cv-01370-AWI-SAB |
| Plaintiffs, | ORDER SETTING HEARING ON MOTION FOR DEFAULT JUDGMENT |
| v. | (ECF No. 81) |
| ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., et al., | |
| Defendants. | |

On May 4, 2020, Plaintiffs filed a motion for default judgment, but a hearing on the motion was not scheduled. (ECF No. 81.)

Accordingly, IT IS HEREBY ORDERED THAT:

1. A hearing on Plaintiffs' motion for default judgment is set for June 10, 2020, at 10:00 a.m. in Courtroom 9; and

2. Plaintiffs shall serve this order on Defendants within three (3) days of entry.

IT IS SO ORDERED.

Dated:   **May 5, 2020**

UNITED STATES MAGISTRATE JUDGE

1