DARRYL J. HOROWITT #100898
dhorowitt@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (5590 248-4830

Attorneys for Plaintiffs,
ROBERT E. CHRISTOFFERSON and
SANDRA W. CHRISTOFFERSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT E. CHRISTOFFERSON and SANDRA W. CHRISTOFFERSON,<br><br>Plaintiff (s),<br><br>v.<br><br>ALL PURE POOL SERVICE OF CENTRAL CALIFORNIA, INC., a California Corporation, dba AMERICA'S SWIMMING POOL CO.; ALL PURE POOL & SPA, INC., JACK CARTER and SUSIE CARTER, AS TRUSTEES OF THE CARTER FAMILY TRUST; PHIL AZVALA; JULIE ZAVALA; and DOES 1 TO 100, inclusive<br><br>Defendants. | Case No. 1:18-CV-01370-AWI-SAB<br><br>**APPLICATION TO SET ASIDE JUDGMENT AND DISMISS ACTION; [PROPOSED] ORDER**<br><br>Date Complaint filed:  October 4, 2018<br>Trial Date:  None |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, ROBERT E. CHRISTOFFERSON and SANDRA W. CHRISTOFFERSON (collectively "Plaintiffs") hereby requests that the Court set aside and vacate the default judgment entered on July 8, 2020 (ECF No. 100) and enter a dismissal of the entire action, with prejudice.

Plaintiffs' application is based on the following facts:

1. On October 4, 2018, Plaintiffs filed their Complaint in the above-captioned matter (the "Action").  (ECF No. 1.)

1     2.     Plaintiffs filed their Second Amended Complaint ("SAC") on October 11, 2019, for breach of contract, recovery/possession of personal property, and declaratory relief. (ECF No. 59.)

3. On March 4, 2020, the Clerk entered default against all defendants. (ECF Nos. 74, 75, 76, 77, 78, 79.)

4. On May 4, 2020, Plaintiffs filed a motion for default judgment against all Defendants on the causes of action in the SAC. (ECF No. 81.)

5. On June 26, 2020, Prior to the entry of judgment, Plaintiffs and Defendants entered into a written "Settlement Agreement and Mutual Release" (the "Settlement Agreement") by which Defendants agreed to pay an agreed upon amount by September 28, 2020, and, if payment was timely made, the Judgment would be set aside and a dismissal entered, but if payment was not timely made, Plaintiffs were entitled to proceed to enforce the judgment. The Settlement Agreement further provided that the Court could proceed to enter judgment pursuant to the Application for Judgment already on file.

6. On July 8, 2020, the Court entered its "Order Adopting Findings and Recommendations and Granting Motion for Default Judgment and Judgment in a Civil Case." (ECF Nos. 99 and 100.)

7. On July 8, 2020, Plaintiffs served "Notice of Entry of: (1) Order "Order Adopting Findings and Recommendations and Granting Motion for Default Judgment; and (2) Entry of Judgment. (ECF No. 101.)

8. On September 24, 2020, Plaintiffs and Defendants entered into a written "Amendment to the Settlement Agreement and Mutual Release Dated June 26, 2020" (the "Amendment"), whereby Plaintiffs agreed to extend the date for payment under the Settlement Agreement until December 28, 2020.

9. Defendants have made all payments due under the Settlement Agreement and Amendment. Plaintiffs now wish to have the default set aside and a dismissal entered of the entire action, with prejudice.

Respectfully submitted,

Dated: January 5, 2021                COLEMAN & HOROWITT, LLP

By: */s/ Darry J. Horowitt*
   DARRYL J. HOROWITT
   Attorneys for Plaintiffs,
   ROBERT E. CHRISTOFFERSON
   and SANDRA W. CHRISTOFFERSON

## ORDER

Plaintiffs, ROBERT E. CHRISTOFFERSON and SANDRA W. CHRISTOFFERSON, having applied for an order to set aside and vacate the judgment entered in this matter (EFC No. 100), and enter a dismissal of the above-captioned matter, with prejudice, as Plaintiffs and Defendants entered into a settlement agreement that provided for such if Defendants paid in full, and Defendants having paid the agreed upon settlement amount in full, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Judgment entered against Defendants dated July 8, 2020 (ECF No. 100), is hereby SET ASIDE and VACATED; and,

2. The Action is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

Dated:  January 5, 2021                        _____
                                                SENIOR DISTRICT JUDGE